AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SAND, LEONARD B. | U.S. DISTRICT COURT: SDNY | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE<br>500 PEARL STREET, ROOM 1650<br>NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | ▬▬▬▬TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Sand_Leonard_B

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | TEACHING SALARY - UNIVERSITY (NYU) | $20,000.00 |
| 2. 2008 | HONORARIUM - UNIVERSITY (FORDHAM) | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | C | Dividend | M | T | | | | | |
| 3. BP AMOCO PLC COMMON STOCK | D | Dividend | M | T | | | | | |
| 4. SAFETY KLEEN CORP COMMON STOCK | | None | J | T | | | | | |
| 5. NIKE INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 6. COMMERCIAL METALS COMMON STOCK | D | Dividend | M | T | | | | | |
| 7. STRYKER CORP COMMON STOCK | C | Dividend | O | T | | | | | |
| 8. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 10. KIMBERLY CLARK COMMON STOCK | B | Dividend | K | T | | | | | |
| 11. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. JP MORGAN CHASE & CO COMMON STOCK | B | Dividend | K | T | | | | | |
| 14. NYC TRANS FIN AUTH SR B MUNI BD | A | Interest | | | Redeemed | 5/15 | J | A | |
| 15. LIVONIA NY C/S/D G/O MUNI BOND | A | Interest | | | Redeemed | 6/16 | J | A | |
| 16. NASSAU CTY SER N MUNI BOND | A | Interest | J | T | | | | | |
| 17. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW YORK STATE DORM AU MUNI BOND | A | Interest | K | T | | | | | |
| 19. PORT AUTH NY & NJ MUNI BOND | A | Interest | J | T | | | | | |
| 20. AMAZON.COM CORPORATE BOND | A | Interest | | | Sold | 9/17 | K | D | |
| 21. AMAZON.COM CORPORATE BOND | A | Interest | | | Sold | 9/17 | K | D | |
| 22. NYS DORM AUTH HOPS BRONX LE BANON MUNI BOND | A | Interest | | | Redeemed | 2/15 | J | A | |
| 23. NYC MUNI ASSIST CORP MUNI BOND | A | Interest | | | Redeemed | 7/1 | J | B | |
| 24. LONG ISLAND PWR AUTH NY ELEC S YS MUNI BOND | B | Interest | | | Redeemed | 4/1 | L | B | |
| 25. WASHINGTON MUTUAL INC COMMO N STOCK | A | Dividend | | | Sold | 10/7 | J | A | |
| 26. LEGG MASON PTNRS AGG GRWTH | | None | L | T | | | | | |
| 27. WASHINGTON MUTUAL INC COMMO N STOCK | A | Dividend | | | Sold | 10/6 | J | A | |
| 28. LEGG MASON PTNRS AGG GROWTH CL B | | None | J | T | | | | | |
| 29. RICHFIELD SPRINGS NY CENT SCH DIST MUNI BOND | A | Interest | | | Redeemed | 6/16 | K | A | |
| 30. NY STATE ENVIRONMENTAL FAC MUNI BOND | C | Interest | K | T | | | | | |
| 31. BERMUDA PROPERTIES LTD COMM ON & PFD STOCK | | None | J | T | | | | | |
| 32. OLSTEIN FINANCIAL ALERT FUND - CLASS C | | None | N | T | | | | | |
| 33. LEGG MASON PTNRS HIGH INC FD C LASS B | C | Dividend | K | T | | | | | |
| 34. LEGG MASON PTNRS LG CAP GRO WTH FD | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LEGG MASON PTNRS HIGH INC FD CLASS B | B | Dividend | K | T | | | | | |
| 36. NYS DORM AUTH REVS RFDG LENOX HILL HOSPITAL MUNI BOND | A | Interest | J | T | | | | | |
| 37. HAIN CELSTIAL GROUP | | None | K | T | | | | | |
| 38. LEGG MASON PTNRS CLASSIC VAL FD CL B | | None | | | EXCH IN MERGER | 7/18 | J | A | |
| 39. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | M | T | | | | | |
| 40. ANNALY MORTGAGE MGMT COMMON STOCK | B | Dividend | K | T | | | | | |
| 41. LEGG MASON PTNRS CAP AND INC FD CL C | D | Dividend | M | T | | | | | |
| 42. LEGG MASON PTNR SOC AWNS FD CL C | A | Dividend | K | T | | | | | |
| 43. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | L | T | | | | | |
| 44. LEGG MASON PTNRS CAP & INC FD CL C | B | Dividend | K | T | | | | | |
| 45. NEW YORK ST URB DEV CORP REV CORRECTL MUNI BOND | A | Interest | | | Redeemed | 1/2 | K | A | |
| 46. NEW YORK TIMES CLASS A STOCK (X) | A | Dividend | J | T | | | | | |
| 47. LEGG MASON PTNRS ADJ RATE INC FD | A | Dividend | J | T | | | | | |
| 48. LEGG MASON PTNS APP FUND CL B | D | Dividend | M | T | | | | | |
| 49. LEGG MASON PTNRS LG CAP GR FD | | None | M | T | | | | | |
| 50. FIRST MARBLEHEAD CORP COMMON STOCK | | None | J | T | | | | | |
| 51. FIRST MARBLEHEAD CORP COMMON STOCK | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIRST MARBLEHEAD CORP COMMON STOCK | | None | J | T | | | | | |
| 53. THORNBURG MTG INC COMMON STOCK | | None | | | Sold | 3/3 | J | A | |
| 54. WHIRLPOOL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. WINDSTREAM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. NYC G/O FISCAL 1994 SER A MUNI BOND | | None | J | T | | | | | |
| 57. NYC TRANSTL FIN AU FUTURE MUNI BOND | A | Interest | K | T | | | | | |
| 58. DISH NETWORK CL A COMMON (FORMERLY ECHOSTAR COMMNS CORP) | | None | J | T | | | | | |
| 59. USG CORP COMMON STOCK | | None | J | T | | | | | |
| 60. NYS DORM AU REVS RFDG BRONX LEBANON HOSP MUNI BOND | B | Interest | K | T | | | | | |
| 61. COMPUCREDIT CORP COMMON STOCK | | None | J | T | | | | | |
| 62. ECHOSTAR CORP COMMON STOCK | | None | J | T | REC'D IN MERGER | 1/7 | J | A | |
| 63. LEGG MASON PTNRS CAP FD | | None | K | T | REC'D IN MERGER | 7/18 | J | A | |
| 64. PUERTO RICO COMWLTH PUB SER A BOND | B | Interest | L | T | Buy | 4/8 | L | | |
| 65. TRUSTS | | | | | | | | | |
| 66. IRA A/C #1 | E | Int./Div. | M | T | | | | | |
| 67. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 68. DIVIDENDS FROM DE GROUP FD & EMERGING MKT FUND) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA A/C #2 | B | Int./Div. | K | T | | | | | |
| 70. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 71. DIVIDENDS FROM DE GROUP FD & E MERGING MKTS FD) | | | | | | | | | |
| 72. LIFE INTEREST IN INCOME OF ▮▮▮ ▮▮ TRUST # 1 | | | | | | | | | |
| 73. VALUE OF TRUST HOLDINGS | F | Int./Div. | PI | T | | | | | |
| 74. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 75. COMMON STOCKS | | | | | | | | | |
| 76. EXXON MOBIL | | | | | | | | | |
| 77. GENERAL ELECTRIC | | | | | | | | | |
| 78. BRISTOL MYERS | | | | | | | | | |
| 79. VERIZON COMMUNICATIONS | | | | | | | | | |
| 80. NORFOLK SOUTHERN CORP | | | | | | | | | |
| 81. NORTHROP GRUMAN | | | | | | | | | |
| 82. DOW CHEMICAL CO | | | | | | | | | |
| 83. PLUM CREEK TIMBER CO | | | | | | | | | |
| 84. ZIMMER HOLDINGS INC | | | | | | | | | |
| 85. MASCO | | | | | Sold | 12/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. U.S. BANCORP DEL COM | | | | | | | | | |
| 87. BANK OF AMERICA CORP | | | | | | | | | |
| 88. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 89. RPM INTERNATIONAL INC | | | | | | | | | |
| 90. ARCHER DANIELS MIDLAND CO | | | | | | | | | |
| 91. NESTLE SA (CHF) 1 | | | | | | | | | |
| 92. CS CREDIT SUISSE GROUP | | | | | Sold | 12/11 | K | | |
| 93. LIFE INTEREST IN INCOME OF ▮▮ ▮▮ TRUST # 2 | | | | | | | | | |
| 94. VALUE OF TRUST HOLDINGS | D | Int./Div. | M | T | | | | | |
| 95. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 96. SB MONEY FUND | | | | | | | | | |
| 97. CITIBANK BANK NA BANK DEP PROGRAM | | | | | | | | | |
| 98. COMMON STOCKS | | | | | | | | | |
| 99. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 100. KB HOME | | | | | | | | | |
| 101. WASHINGTON MUTUAL INC | | | | | | | | | |
| 102. FIRST MARBLEHEAD CORP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FEDERAL NATIONAL MORTGAGE ASSOCIATION | | | | | | | | | |
| 104. WELLPOINT INC | | | | | Buy | 8/11 | K | | |
| 105. GENERAL ELECTRIC | | | | | Buy | 7/30 | K | | |
| 106. GENERAL ELECTRIC | | | | | Buy | 11/28 | J | | |
| 107. MUTUAL FUNDS | | | | | | | | | |
| 108. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 109. LEGG MASON PTNRS CAP AND INC FD CL C | | | | | | | | | |
| 110. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |
| 111. 1414 AMERICAS CO ORIGINAL COST - $1,667 | | None | | | Sold | 12/31 | J | A | |
| 112. UNDERHILL ASSOC - ORIGINAL COST $6,000 | B | PTNSHP INCOME | J | R | | | | | |
| 113. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | A | PTNSHP INCOME | J | R | | | | | |
| 114. FORESTBURG SULLIVAN - ORIGINAL COST $7,466 | | None | | | Sold | 12/31 | J | A | |
| 115. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | B | PTNSHP INCOME | J | R | | | | | |
| 116. BANK ACCOUNTS | | | | | | | | | |
| 117. CITIBANK | A | Interest | J | T | | | | | |
| 118. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 119. HUDSON CITY SAVINGS BANK | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CITIBANK N.A. BANK DEPOSIT PROGRAM | B | Interest | L | T | | | | | |
| 121. CITIBANK N.A. BANK DEPOSIT PROGRAM | B | Interest | J | T | | | | | |
| 122. CITIBANK .NA. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 123. UNION STATE BANK | A | Interest | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONA D B. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SAND, LEONARD B.

ATTACHMENT TO FORM AO-10

2008

## VII. TRANSACTIONS

The undersigned has small minority interests as a limited partner in the limited partnerships listed in Part VII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Judicial Ethics Committee.

